John A. Vogt (State Bar No. 198677)
javogt@goodwinlaw.com
Ryan D. Ball (State Bar No. 321772)
rball@goodwinlaw.com
GOODWIN PROCTER, LLC
660 Newport Center Drive, Suite 500
Newport Beach, CA 92660
Telephone: (949) 743-3412
Facsimile: (949) 743-3485

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MEAGHAN AUFRICHTIG, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 8:26-cv-01918-DOC-AS

**NOTICE OF MOTION AND MOTION OF EXPERIAN INFORMATION SOLUTIONS, INC. TO COMPEL ARBITRATION**

DATE: OCTOBER 29, 2026
TIME: 8:30 A.M.
PLACE: COURTROOM 10A

**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, on October 29, 2026, at 8:30 a.m., at the Ronald Reagan Federal Building and United States Courthouse, Courtroom 10A, 10th Floor, 411 W 4th Street, Santa Ana, CA 92701, the Honorable David O. Carter presiding, defendant Experian Information Solutions, Inc. ("EIS") will, and hereby does, move the Court for an Order, pursuant to section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, compelling all claims against EIS to arbitration on an individual basis and, pursuant to section 3 of the FAA, staying this action until arbitration has been completed.

The Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Dan Smith, all of the papers on file in this action, and upon such other and further evidence or argument that the Court may consider.

This Motion was made after the conference of counsel pursuant to Local Rule 7-3, which was completed on September 14, 2026.

Dated: September 21, 2026

GOODWIN PROCTER, LLC

By: */s/ John A. Vogt*
John A. Vogt

Attorneys for Defendant
Experian Information Solutions, Inc.